UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>　　Debtors<br>_____<br><br>DAN R. CHILDERS, *in his sole capacity as Liquidation Trustee*,<br><br>　　Plaintiff<br>vs.<br><br>INTUITIVE SURGICAL, INC.,<br><br>　　Defendant | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br><br><br><br><br><br><br>Adversary No. 25-09062 |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: October 24, 2025
Show Cause Hearing (Doc. 4)

<u>APPEARANCES</u>:

Attorney Abbe M. Stensland for Plaintiff

**IT IS ORDERED THAT**:

A status conference is set for:

**December 5, 2025 at 1:30 P.M.**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-855-244-8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

This hearing will be digitally recorded.

Ordered:
October 27, 2025

Thad J. Collins
Chief Bankruptcy Judge